IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES J. STRAPPLE, JR., )<br>    Petitioner )<br>          )<br>vs.          )<br>          )<br>MARILYN BROOKS, Superintendent; )<br>THE DISTRICT ATTORNEY OF THE )<br>COUNTY OF WESTMORELAND; THE )<br>ATTORNEY GENERAL OF THE STATE )<br>OF PENNSYLVANIA,      )<br>    Respondents ) | **2:05cv534**<br>**Electronic Filing**<br><br>Judge Cercone<br>Magistrate Judge Hay |

## ORDER

AND NOW, this 19 day of April, 2006, after the petitioner, James J. Strapple, Jr., filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by petitioner, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

  IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is denied;

  IT IS FURTHER ORDERED that a certificate of appealability is denied;

  IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff/defendant desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

              /s/ DSCercone
              _____
              DAVID STEWART CERCONE
              United States District Judge

cc:  Honorable Amy Reynolds Hay
United States Magistrate Judge

James J. Strapple, Jr.
EK-6521
SCI Albion
10745 Route 18
Albion, PA 16475-0004

Judith P. Petrush, Esquire
Assistant District Attorney
District Attorney's Office
2 North Main Street
Suite 206
Greensburg, PA 15601